**Opinion filed April 25, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00061-CR

_____

## RICHARD WAYNE GARZA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CR24923**

## M E M O R A N D U M   O P I N I O N

Richard Wayne Garza, Appellant, filed a pro se motion for DNA testing and a pro se notice of appeal related to his request for DNA testing. He has now filed a pro se motion to withdraw his appeal. In the motion, Appellant requests that we dismiss his appeal and his request for DNA testing. The motion is signed by Appellant. *See* Tex. R. App. P. 42.2.

The motion is granted, and the appeal is dismissed.

PER CURIAM

April 25, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.